```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 07 B 17955
   MILTON MCKENZIE
   ALICIA MOORE                              CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY

          Debtor
   SSN XXX-XX-8081    SSN XXX-XX-3691

--------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 10/01/2007 and was confirmed 12/18/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 12/04/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                                PAID          PAID
--------------------------------------------------------------------------------
CAPITAL ONE AUTO FINANCE  SECURED VEHIC    15388.00         1313.98        1303.34
CAPITAL ONE AUTO FINANCE  UNSECURED         1554.40             .00            .00
WELLS FARGO BANK          CURRENT MORTG         .00             .00            .00
WELLS FARGO BANK          MORTGAGE ARRE     5252.09             .00        1028.10
COUNTRYWIDE HOME LOANS    CURRENT MORTG         .00             .00            .00
COUNTRYWIDE HOME LOANS    MORTGAGE ARRE      408.00             .00          79.87
AFFILIATED FINANCIAL      UNSECURED        NOT FILED            .00            .00
ROUNDUP FUNDING LLC       UNSECURED          546.50             .00            .00
AIS SERVICES LLC          UNSECURED          520.00             .00            .00
COMMONWEALATH EDISON      UNSECURED        NOT FILED            .00            .00
AMERICAS FINANCIAL CHOIC  UNSECURED          682.48             .00            .00
AMERICAS FINANCIAL CHOIC  UNSECURED          769.37             .00            .00
K MART                    UNSECURED        NOT FILED            .00            .00
AFS ASSIGNEE              UNSECURED        NOT FILED            .00            .00
BALLYS TOTAL FITNESS ~    UNSECURED        NOT FILED            .00            .00
BRINKS HOME SECURITY      UNSECURED        NOT FILED            .00            .00
MCR BUDGET COUNSELORS IN  UNSECURED        NOT FILED            .00            .00
CAPITAL ONE               UNSECURED          943.95             .00            .00
ROSELAND COMM HOSPITAL E  UNSECURED        NOT FILED            .00            .00
ROSELAND COMM HOSPITAL E  UNSECURED        NOT FILED            .00            .00
CITIZENS FINANCE COMPANY  SECURED NOT I    1803.20             .00            .00
CITY OF CHICAGO PARKING   FILED LATE            .00             .00            .00
CUSTOM COLLECTION SERVIC  UNSECURED           75.00             .00            .00
DIRECT TV                 UNSECURED        NOT FILED            .00            .00
FIRST CREDIT CORP         UNSECURED        NOT FILED            .00            .00
JEFFERSON CAPITAL SYSTEM  UNSECURED          667.82             .00            .00
NATIONAL CREDIT ADJUSTER  UNSECURED        NOT FILED            .00            .00
NATIONWIDE ACCEPTANCE~    UNSECURED        NOT FILED            .00            .00
NICOR GAS                 UNSECURED         2371.90             .00            .00
NUVELL CREDIT CO LLC      UNSECURED        NOT FILED            .00            .00
PERSONAL FINANCE CO       UNSECURED         2472.48             .00            .00
TCF                       UNSECURED        NOT FILED            .00            .00

                  PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 17955 MILTON MCKENZIE & ALICIA MOORE
```

```
BYLANE HOME              UNSECURED      NOT FILED          .00              .00
BYLANE HOME              UNSECURED      NOT FILED          .00              .00
LANE BRYANT              UNSECURED      NOT FILED          .00              .00
T MOBILE                 UNSECURED         533.74          .00              .00
FIRST CREDIT CORP        SECURED NOT I   1695.51           .00              .00
COUNTRYWIDE HOME LOANS I NOTICE ONLY    NOT FILED          .00              .00
ROBERT J SEMRAD & ASSOC  DEBTOR ATTY     3,351.50                       3,351.50
TOM VAUGHN               TRUSTEE                                          569.01
DEBTOR REFUND            REFUND                                           262.14

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                  7,907.94

PRIORITY                                                  .00
SECURED                                              2,411.31
    INTEREST                                         1,313.98
UNSECURED                                                 .00
ADMINISTRATIVE                                       3,351.50
TRUSTEE COMPENSATION                                   569.01
DEBTOR REFUND                                          262.14
                         ---------------        ---------------
TOTALS                   7,907.94                    7,907.94
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
   Dated: 03/05/09          _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE




                              PAGE   2
         CASE NO. 07 B 17955 MILTON MCKENZIE & ALICIA MOORE